

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No: 3:21-CR-110                                    Date:   September 13, 2021

United States of America          vs.          David Newman

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Louis Manzo and Anne-Marie Svolto | Robert Kurtz and Wesley Stone |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

- Defendant waives reading of Information
- Waiver of Indictment executed
- Motion For Release Pending Sentencing doc. 4 granted
- Defendant Pleads guilty to count(s)  1
- Referred for Presentence Investigative Report.

DATE SET:   **Sentencing:**  February 9, 2022 at 3:00 p.m.
            **Before** the Honorable Thomas A. Varlan, United States District Judge

- The defendant to remain on bond

1:30 p.m. to 1:50 p.m.