

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:21-CR-110 Date: April 4, 2022

United States of America          vs.          David Newman

**PROCEEDINGS: Sentencing Hearing.**

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Kara Nagorny | Louis Manzo and Anne-Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Robert Kurtz and Wesley Stone | | Tara Wood |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**JUDGMENT OF THE COURT:**

- 3 Years of Probation with 100 hours of community service
- Special Assessment in the amount of $100.00.
- Fine in the amount of $10,000.00.
- The Indictment in case no. 3:19-CR-59 is dismissed as to this defendant.

2:20 p.m. to 2:45 p.m.